IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Felton Jr, Leroy

Printed: 01/06/09

Case Number: 04 B 19367
Judge: Squires, John H
Filed: 5/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 19, 2008
Confirmed: July 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 44,320.85 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,073.51 |
| Priority: |  | 34,317.67 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 2,329.67 |
| Other Funds: |  | 0.00 |
| Totals: | 44,320.85 | 44,320.85 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Illinois Dept of Revenue | Priority | 720.33 | 720.33 |
| 3. | Illinois Dept Of Public Aid | Priority | 3,544.07 | 3,544.07 |
| 4. | Illinois Dept Of Public Aid | Priority | 2,940.34 | 2,967.34 |
| 5. | Internal Revenue Service | Priority | 27,085.93 | 27,085.93 |
| 6. | Illinois Dept Of Public Aid | Unsecured | 2,587.57 | 701.39 |
| 7. | Internal Revenue Service | Unsecured | 9,944.52 | 2,700.33 |
| 8. | Illinois Dept Of Public Aid | Unsecured | 6,167.47 | 1,671.79 |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | Internal Revenue Service | Priority |  | No Claim Filed |
| 11. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 12. | Educational, Data Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 55,590.23 | $ 41,991.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 127.80 |
| 6.5% | 543.14 |
| 3% | 79.87 |
| 5.5% | 380.91 |
| 5% | 133.18 |
| 4.8% | 204.48 |
| 5.4% | 790.00 |
| 6.6% | 70.29 |
|  | $ 2,329.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Felton Jr, Leroy | Case Number:  04 B 19367 |
| | Judge:  Squires, John H |
| Printed: 01/06/09 | Filed:  5/18/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

